FRANK S. HARTWELL et al., Respondents, v. JULIA M. CALLAHAN, as Administratrix of the Estate of THOMAS CALLAHAN, Deceased, Appellant, et al., Defendants.—

All concur.

OWEN MCSWEENEY, Respondent, v. SILVERSTEIN TIRE & BATTERY SERVICE, INC., et al., Appellants.—

All concur.

HAZEL SAUNDERS, Respondent, v. CHAMPLAIN BUS CORPORATION, Appellant. WILLIAM SAUNDERS, Respondent, v. CHAMPLAIN BUS CORPORATION, Appellant. RAYMOND RONER, Respondent, v. CHAMPLAIN BUS CORPORATION, Appellant.—

All concur.